IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOWARD BASSETTE, III,<br><br>                Defendant. | **8:15CR15**<br><br>**ORDER** |

Defendant Howard Bassette, III appeared before the court on December 28, 2016 on a Petition for Warrant for Offender Under Supervision [51]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Lecia E. Wright. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Tuesday, January 3, 2017. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 8, 2017 at 10:30 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 4th day of January, 2017.

                                                        BY THE COURT:

                                                        s/ F.A. Gossett, III
                                                        United States Magistrate Judge